UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

'11 DEC 13 P1:29

UNITED STATES OF AMERICA

v.

FILED
US DISTRICT COURT CLERK
WESTN. DIST. KENTUCKY

**INDICTMENT**

NO. 5:11CR59-R

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 853

**HOWARD GARLAND**
**ANDREW GRIFFIN**

The Grand Jury charges:

### COUNT 1

On or about July 16, 2011, in the Western District of Kentucky, Trigg County, Kentucky, the defendants, **HOWARD GARLAND** and **ANDREW GRIFFIN**, aided and abetted by each other, knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

### COUNT 2

Beginning on or about July 15, 2011, and continuing to on or about July 16, 2011, in the Western District of Kentucky, Calloway County, Kentucky, and elsewhere, the defendants, **HOWARD GARLAND** and **ANDREW GRIFFIN**, knowingly conspired with each other and

others, known and unknown to the Grand Jury, to possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Sections 841(a)(1).

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Section 841(a)(1) and 846, as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **HOWARD GARLAND** and **ANDREW GRIFFIN,** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds said defendant obtained, directly or indirectly, as a result of the said offenses, and any and all of defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the said violations alleged in this Indictment including, but not limited to, one 2001 BMW model X5 sport utility vehicle bearing vehicle identification number WBAFB33591LH21270.

A TRUE BILL.



FOREPERSON

DAVID J. HALE
UNITED STATES ATTORNEY

DJH:RBB:1211

UNITED STATES OF AMERICA v. **HOWARD GARLAND** and **ANDREW GRIFFIN**

## PENALTIES

Counts 1 & 2:   NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs. Supervised Release  (each count)
NL 20 yrs./NM Life/$20,000,000/both/NL 10 yrs. Supervised Release  (each count)
(With notice of one prior felony drug conviction)
NL Life/$20,000,000/both (each count)
(With notice of two prior felony drug convictions)

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual     Felony:  $100 per count/individual
$125 per count/other               $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.
   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.
3. Continuous **GARNISHMENT** may apply until your fine is paid.
   18 U.S.C. §§ 3612, 3613

   - If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:11CR59-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA

vs.

HOWARD GARLAND
ANDREW GRIFFIN

## INDICTMENT
**Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(A); 853: Possession with the Intent to Distribute Methamphetamine; Forfeiture.**

*A true bill.*

███████████████████
                                          *Foreman*

*Filed in open court this* 13th *day, of* December, A.D. 2011.

FILED
DEC 13 2011
BY _____
DEPUTY CLERK

                                              *Clerk*

*Bail, $*