UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA

VS.                                                                                       No. 5:11cr59-R

HOWARD GARLAND,
    Defendant

**NOTICE OF APPEARANCE**

Please take note that I will represent the Defendant, Howard Garland, in the above styled action.

This the 11th day of January, 2012.

    /s/Steven L. West
    Steven L. West
    WEST & WEST ATTORNEYS
    P.O. Box 687
    Huntingdon, TN 38344
    (731)986-5551

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon the Hon. Robert B. Bonar, Assistant U.S. Attorney, via electronic filing.
This the 11th day of January, 2012.

    /s/ Steven L. West
    Steven L. West